

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2017

No. 04-16-00437-CV

Michael E. **GEIGER**,
Appellant

v.

Paul A. **HAMPEL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI13615
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellant's motion for rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk